1026

[No. 72847-4-I. Division One. January 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MELVIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-02114-1, James D. Cayce, J., entered November 18, 2014. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 73145-9-I. Division One. January 25, 2016.]

*In the Matter of the Dependency of* M.L.-L.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MAKEBA LICORISH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-7-00868-4, Kimberley Prochnau, J., entered March 2, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 73207-2-I. Division One. January 25, 2016.]

*In the Matter of the Parentage of* T.W.J. ET AL.

ANDREA ANTHONY, *Respondent*, v. AWAN JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-12186-1, Kimberley Prochnau, J., entered February 27, 2015. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Trickey, JJ. Now published at 193 Wn. App. 1.